**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANGEL HERNANDEZ, Civil No. 00-1165 (JRT/FLN)

Petitioner,

v. **ORDER**

DAVE LINDEMANN and
IMMIGRATION & NATURALIZATION
SERVICES,

Respondents.

---

Angel Hernandez, #07233-031, Federal Medical Center, 2110 East Center Street, P.O. Box 4000, Rochester, Minnesota, 55903, *pro se*.

Friedrich A. P. Siekert, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 600 U.S. Courthouse, 300 4th Street, South, Minneapolis, MN, 55414, for respondents.

This matter is before the Court on petitioner's motion for reconsideration of the Court's Order dated June 22, 2000 dismissing petitioner's application for habeas corpus relief under 28 U.S.C. § 2241. Based on the circumstances related to petitioner's failure to file objections to Chief United States Magistrate Judge Franklin L. Noel's Report and Recommendation dated May 31, 2000, and in the interests of justice, the Court grants petitioner's motion for reconsideration.

FILED FEB 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

## ORDER

Based on all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Petitioner's motion for reconsideration [Docket No. 6] is **GRANTED**.

2. The Court's Order of June 22, 2000 [Docket No. 4] is **VACATED**;

3. Judgment dismissing petitioner's application for habeas corpus [Docket No. 5] is **VACATED;**

4. The Clerk of Court is **DIRECTED** to re-open this case;

5. Petitioner's objections to the Magistrate Judge's Report and Recommendation [Docket No. 3] are due on or before **February 26, 2001**. Petitioner's application shall be dismissed if petitioner fails to respond by that date. Respondents may respond to petitioner's objections on or before **March 12, 2001**.

6. The Clerk of Court is **DIRECTED** to provide petitioner with a copy of the Magistrate Judge's Report and Recommendation dated May 31, 2000 [Docket No. 3] along with this Order.

DATED: Feb 2, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge