**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANGEL HERNANDEZ, Civil No. 00-1165 (JRT/FLN)

Petitioner,

v. **ORDER**

DAVE LINDEMANN, and
IMMIGRATION AND
NATURALIZATION SERVICE,

Respondents.

---

Angel Hernandez, No. 07233-031, Federal Medical Center, Box 4000, Rochester, MN 55903, *Pro se* Petitioner.

Friedrich Siekert, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste 600, Minneapolis, MN 55415, for respondents.

Pursuant to the Court's Order dated February 2, 2001, petitioner had until February 26, 2001 to file objections to the Report and Recommendation. The Court's Order stated that petitioner's application shall be dismissed if petitioner failed to respond by February 26, 2001. Petitioner has not filed a response with in the allotted time period set forth in the Court's Order.

Based on the foregoing, and all the files, records and proceedings herein, **IT IS**

FILED MAY 0 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**HEREBY ORDERED** that the application in this case [Docket No. 1] is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: May 9, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

**DATE MAILED TO COUNSEL/PRO SE PARTIES:** May 9, 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEALNO.CIV
Rev. August 11, 1995