# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Angel Hernandez

Plaintiff

v.

Dave Lindemann and Immigration and Naturalization Service

Defendants

Case No. Civil 00-1165 JRT/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the application in this case is dismissed with prejudice.

DATE: May 9, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk