**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANGEL HERNANDEZ, Civil No. 00-1165 (JRT/FLN)

Petitioner,

v. **ORDER**

DAVE LINDEMANN and
IMMIGRATION AND
NATURALIZATION SERVICE,

Respondent.

---

Angel Hernandez, No. 07233-031, Federal Medical Center, Box 4000, Rochester, MN 55903, *Pro se* petitioner.

Friedrich A. P. Siekert, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Ste 600, Minneapolis, MN 55415, for respondent.

This matter is before the court on petitioner's motion to reinstate his petition in this matter. On February 2, 2001, petitioner was ordered to file his objections to the Report and Recommendation by February 26, 2001. Petitioner did not file his objections within the allotted time period; therefore, the Court dismissed petitioner's case. On May 16, 2001, petitioner filed a motion to reinstate his case. According to the petitioner, he was transferred by the Bureau of Prisons, and was unable to receive his mail. He did not receive the Court's Order until April 2001; two months after his objections were due to be filed. The Court has confirmed that petitioner was transferred within the Bureau of

FILED OCT 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Prisons and his mail was not made available to him until April 2001. Petitioner has shown good cause for his case to be reinstated, and the Court shall re-open petitioner's case and allow him adequate time to object to the Report and Recommendation.

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED**, that:

1. Petitioner's motion to reinstate his petition [Docket No. 11] is **GRANTED.**

2. The Court's Order of May 9, 2001 [Docket No. 9] is **VACATED**.

3. Judgment dismissing petitioner's application for habeas corpus [Docket No. 10] is **VACATED.**

4. The Clerk of Court is **DIRECTED** to re-open this case.

5. Petitioner's objections to the Magistrate Judge's Report and Recommendation [Docket No. 3] are due on or before **November 19, 2001**. Petitioner's application shall be dismissed if petitioner fails to respond by that date. Respondents may respond to petitioner's objections on or before **December 3, 2001**.

6. The Clerk of Court is **DIRECTED** to provide petitioner with a copy of the Magistrate Judge's Report and Recommendation dated May 31, 2000 [Docket No. 3] along with this Order.

DATED: Oct. 25, 2001
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge