# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Angel Hernandez

Plaintiff

v.

Dave Lindeman and
Immigration & Naturalization
Service

Defendants

Case No. Civil 00-1165 JRT/FLN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's petition for a writ of habeas corpus is summarily dismissed. That Petitioner's motion to strike Respondent's response to Petitioner's objections is denied.

DATE: September 25, 2002

RICHARD D. SLETTEN, CLERK

______________________________
Victoria Moralez, Deputy Clerk

(18)